IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| STEVEN TYLER FISH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:24-cv-02523-SHL-cgc |
| | ) | |
| SHAVONYA PATRICK, et al., | ) | |
|     Defendants. | ) | |

**ORDER GRANTING IN PART AND DENYING IN PART SECOND JOINT MOTION FOR EXTENSION OF TIME**

Before the Court is the parties' second joint motion to extend all of the remaining scheduling order deadlines. (ECF No. 42.) They filed their first motion on April 17 and sought to extend all of the remaining deadlines by 120 days because of "numerous disputes and delays in discovery." (ECF No. 29 at PageID 131.) The Court[1] granted the motion in part but did not give the parties such an unnecessarily "lengthy" extension—instead, it extended the remaining deadlines and the trial date by sixty days. (ECF No. 31 at PageID 134.) Now, more than two months after they received their first extension, the parties seek another for the same exact reason. (ECF No. 42 at PageID 154 (reiterating that the parties are behind schedule because of "numerous disputes and delays in discovery").) They seek an extra thirty days to take party depositions and once again request an extra 120 days to complete everything else, the same lengthy extension the Court refused to grant in the first instance. (Id. at PageID 154–55.)

On July 2, the parties appeared for a status conference to discuss their motion. Because the parties have not acted diligently in pursing fact discovery, and because there is no indication

---

[1] At the time, this matter was assigned to Judge McCalla. It has since been reassigned to the undersigned. (ECF Nos. 38, 39.)

that they will not be able to meet their current deadline to complete fact witness depositions, their request to extend those deadlines is **DENIED**.  But because Plaintiff's continued receipt of medical treatment affects his ability to disclose his experts and their opinions, the request to extend the expert-related deadlines is **GRANTED**.  All other deadlines remain the same, including the trial date.  The Court will enter a separate amended scheduling order outlining the new schedule.

    **IT IS SO ORDERED,** this 2nd day of July, 2025.

                                                     s/ Sheryl H. Lipman
                                                     SHERYL H. LIPMAN
                                                     CHIEF UNITED STATES DISTRICT JUDGE